### CHARLES D. GIANETTI *v.* FORTIS INSURANCE COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

KATZ and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Charles D. Gianetti*, pro se, in support of the petition.

*Laura F. Baldini*, in opposition.

Decided June 25, 2009